UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

JUNIOR A. SCARLETT, Plaintiff

v.

DS SERVICES OF AMERICA, Defendant

2022 SEP 13 AM 11: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
IN CLERKS OFFICE

## COMPLAINT

1. The jurisdiction of this Honorable Court is invoked as this is a complaint of discrimination heard by the Massachusetts Commission Against Discrimination and the Equal Employment Opportunity Commission, which bodies declined to exercise jurisdiction over the matter.

2. The Plaintiff, Junior A. Scarlett, resides at 46 Cherry Street, Taunton, Bristol County, Massachusetts.

3. The Defendant DS Services of America is a corporation with its principal place of business at 2300 windy Ridge Parkway Suite 500N, Atlanta, Georgia and maintains a place of business at 70 First Street, Bridgewater Plymouth County, Massachusetts and the name ans style of "Crystal Springs" and "Belmont Sprngs."

4. From August 7, 2016 until July 1, 2019, the Plaintiff was an employee of the Defendant.

5. On or about June 19, 2019, the Plaintiff was on a service call for the Defendant at 34 Forge Parkway, Franklin, Norfolk County, Massachusetts and was driving a vehicle belonging to the Defendant.

6. The Plaintiff was in a business parking lot operating the Defendant's vehicle when a truck was seeking passage through an area somewhat obstructed by a van adjacent to the vehicle operated b the Plaintiff.

7. The vehicles were in close quarters and the Plaintiff was attempting delicate maneuvers to open up space.

8. In the course of attempting to move, the Plaintiff struck the Defendant's vehicle against a guardrail, causing damage to the vehicle.

9. The Plaintiff returned to his work base and left the premises.

10. The Plaintiff reported the incident to officials of the Defendant the next morning.

11. Company policy requires employees to report damage immediately.

12. The Plaintiff also left his place of employment for a period of time on a personal errand.

13. The Plaintiff punched out of duty, but the time clock malfunctioned and did not properly record the departure.

14. The Plaintiff is a native of Jamaica and is black.

15. Following a review, the Defendant terminated the Plaintiff's employment for failure to report the vehicular accident immediately and for failure to report his absence from the workplace.

16. The Plaintiff is aware of other employees delaying reports of incidence without facing discipline or termination and believes that he was discriminated against due to race, color, and national origin.

17. The Plaintiff maintains that the malfunction of the time clock was not his fault and that he was discriminated against due to race, color, and national origin.

WHEREFORE, the Plaintiff demands;

A. That this Honorable Court find that the Defendant discriminated against the Plaintiff on the basis of the Plaintiff's race, color, and national origin;

B. That this Honorable Court award the Plaintiff compensatory damages for his loss of employment;

C. That this Honorable Court award the Plaintiff punitive damages for violation of his civil rights; and

D. Such other relief as this Honorable Court shall deem to be equitable and just.

Junior Scarlett
46 Cherry St
Taunton, MA 02780

*/s/ Scarlett*